Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THE CIT GROUP/COMMERCIAL SERVICES, INC.,     Case No. _____

                Plaintiff,

v.

ANTHONY PRISCO,                                           AUG 07 2008

                Defendant.
-------------------------------------------------------------x


### CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff THE CIT GROUP/COMMERCIAL SERVICES, INC. ("Plaintiff"), states that Plaintiff is a wholly owned subsidiary of CIT GROUP INC., a publicly traded company.

                Respectfully Submitted,

        OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.


                *Lloyd Green*
                Lloyd M. Green (LG 9140)
                Of Counsel

                230 Park Avenue
                New York, New York 101069
                Tel: (212) 661-9100
                Fax: (212) 682-6104

                Attorneys for Plaintiff


Dated: August 7, 2008
       New York, New York

1071859.1