| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x<br><br>THE CIT GROUP/COMMERCIAL SERVICES, INC.,<br><br>                          Plaintiff,<br><br>     v.<br><br>ANTHONY PRISCO,<br><br>                          Defendant.<br>------------------------------------------------------------x | Case No. 08 CIV 7058 (cm)<br><br><br>**AFFIDAVIT OF SERVICE** |
|---|---|

STATE OF NEW YORK   )
                                 )ss.:
COUNTY OF NEW YORK )

       CHRISTINE M. O'BRIEN, being duly sworn, deposes and says:

       I am over 18 years old, am not a party to this action and reside in Massapequa Park, New York.

       On August 7, 2008, in accordance with the provision set forth in defendant's Guaranty dated February 28, 2007 wherein Anthony Prisco consented to service by mail of process regarding matters arising from his obligations under the Guaranty, I served the following documents upon Mr. Prisco:

           1.       Summons in a Civil Action, dated August 7, 2008;

           2.       Complaint dated August 7, 2008, with Exhibits "A" through "F" annexed thereto;

           3.       Civil Cover sheet, dated August 7, 2008;

           4.       Copy of the Individual Practices of Judge Colleen McMahon;

           5.       Copy of the Individual Practices of Magistrate Judge Frank Maas; and

           6.       Certificate Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure;

1088791.1

by mailing true copies of same in a securely sealed, postpaid wrapper, properly addressed to the defendant at the following address:

>Mr. Anthony Prisco
>3 Fieldgate Court
>Holmdel, New Jersey 07733

I deposited said wrapper with the requisite postage affixed in a Post Office under the care and custody of the United States Postal Service within the State of New York.

*Christine M. O'Brien*
—————————————
CHRISTINE M. O'BRIEN

Sworn to before me this 8th day of August 2008

*John Bougiamas*
—————————————
Notary Public

>JOHN BOUGIAMAS
>Notary Public, State Of New York
>No. 02BO5044473
>Qualified In Queens County
>Commission Expires May 30, 2011

1088791.1